IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JENNIFER SANDERS,

    Petitioner,

v.                                                       CASE NO. 4:17cv442-RH/CAS

WARDEN COIL,

    Respondent.

_____/

## ORDER DENYING THE PETITION

This petition for a writ of habeas corpus under 28 U.S.C. § 2241 is before the court on the magistrate judge's report and recommendation, ECF No. 15, and the objections, ECF No. 16. I have reviewed de novo the issues raised by the objections. This order accepts the report and recommendation, adopts it as the court's opinion, and denies the petition.

The bottom line is this: the petitioner is entitled to credit for time in detention prior to imposition of the federal sentence only if the time "has not been credited against another sentence." 18 U.S.C. § 3585(b). As of now, the time for which she seeks credit has been credited against her state sentence. So she is not entitled to credit for that time on the federal sentence.

This order and the judgment that will be entered based on this order do not preclude relief on a later § 2241 petition or through other appropriate means if the petitioner obtains in state court a modification of the state sentence—a modification under which the time at issue is not credited on the state sentence.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The petitioner's motion for relief under 28 U.S.C. § 2241 is denied." The clerk must close the file.

SO ORDERED on May 22, 2018.

                             s/Robert L. Hinkle
                             United States District Judge